## IN THE UNITED STATES BANKRUPTCY COURT FOR
## THE WESTERN DISTRICT OF OKLAHOMA

IN RE:                          )
                                )
    Corey M. Gaffney,           )          Case No. 09-13641 NLJ
    Candice L. Gaffney,         )          Chapter 7
                                )
          Debtors.          )

## PAYMENT OF DIVIDENDS TO THE CLERK
## PURSUANT TO BANKRUPTCY RULE 3010

The trustee reports that all orders of the court have been complied with and that pursuant

to the Trustee's Final Report and Proposed Distribution, all dividend checks have been issued and

mailed to creditors at their last known addresses.

The claim distributions listed on the report entitled *Dividends Remitted To The Court*

attached as "Exhibit A" have not mailed for the reason that the dividend to be paid to each

creditor is under $5.00. Accompanying this report is a check payable to the Clerk of the Court

for the total amount of $4.46, which is paid in accordance with Rule 3010 of the Federal Rules of

Bankruptcy Procedure.

          */s/ G. David Bryant,* Trustee
          G. David Bryant, Trustee
          PHILLIPS MURRAH, P.C.
          720 NE 63rd Street
          Oklahoma City OK 73105
          (405) 848-4448
          (405) 842-4539- fax
          gdbryant@phillipsmurrah.com

Date:  06/03/11

Page:

**DIVIDENDS REMITTED TO THE COURT**
Check Number 1022 Dated 06/03/11
Case Number 09-13641 - GAFFNEY, COREY M

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| Mini-Maxi Storage | 000001 | 85.00 | 4.46 |
| PO Box 949 | | | |
| Weatherford OK 73096 | | | |
| #214CG | | | |
| | | | |
| ---------- Remittance Total -------------- | | 85.00 | 4.46 |

G. DAVID BRYANT, TRUSTEE

**EXHIBIT**

*tabbies*

_A_

Printed: 06/03/11 02:25 PM   Ver: 16.02b

COURT1